THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGRETTY RABANG, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT KELLY, JR., *et al.*,<br><br>    Defendant. | CASE NO. C17-0088-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion seeking a remedy for Plaintiffs' improper False Claims Act filing (Dkt. No. 37). The Court does not condone procedural errors. However, the Court DENIES the motion. Plaintiffs are advised that any future procedural errors will be reviewed with care.

DATED this 4th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk