UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGRETTY RABANG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT KELLY, JR., *et al.*, <br><br> Defendants. | CASE NO. C17-0088-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to continue (Dkt. No. 75) Defendant Dodge's motion for summary judgment (Dkt. No. 66). The motion to continue notes after the motion for summary judgment. Therefore, in order to consider the motion to continue before the motion for summary judgment, the Court directs the Clerk to RENOTE the motion for summary judgment (Dkt. No. 66) for Friday, June 23, 2017. Defendant's reply to Plaintiffs' opposition to the motion for summary judgment, if any, is still due Friday, June 9, 2017.

DATED this 7th day of June 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk