UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGRETTY RABANG, *et al.*, | CASE NO. C17-0088-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ROBERT KELLY, JR., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' notice of the start of discovery (Dkt. No. 86). Pursuant to the Court's previous order (Dkt. No. 85), the Court ORDERS the following:

Plaintiffs' opposition to Defendant Dodge's motion for summary judgment is due Monday, October 30, 2017. Defendants' reply is due Friday, November 3, 2017. The Court directs the Clerk to RENOTE the motion for summary judgment (Dkt. No. 66) for November 3, 2017.

DATED this 6th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk