THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGRETTY RABANG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT KELLY, JR., *et al.*, <br><br> Defendants. | CASE NO. C17-0088-JCC <br><br> ORDER |

This matter comes before the Court on the parties' stipulated motion for an order restricting publication of evidence on social media (Dkt. No. 88). The parties stipulate as follows.

PURPOSE

Discovery in this action is likely to involve production of confidential, private, or sensitive information. Accordingly, Plaintiffs Margretty Rabang, Olive Oshiro, Dominador Aure, Christina Peato, and Elizabeth Oshiro and Defendant Chief Judge Raymond Dodge, Jr. (collectively, the "Parties") hereby stipulate to and petition the Court to enter the following Stipulated Order restricting the publication of evidence exchanged between the Parties in the course of discovery during the pendency of Plaintiffs' claims against Defendant Dodge.

SCOPE

The Parties agree not to publish or disclose, or cause to be published or disclosed, any

evidence obtained through the discovery process on any social media site or account, including any social media account belonging to or associated with either Party's legal counsel while Plaintiffs' claims against Defendant Dodge are pending before this court. "Social media" shall include any website or application in which a user may create and/or share content or participate in social networking, including but not limited to Facebook, Twitter, LinkedIn, YouTube, Instagram, or any blog or other web page.

"Evidence" shall mean testimonial, video or documentary evidence obtained in the course of discovery through production by either Party, including deposition testimony by any party or witness to the litigation, answers to interrogatories, documents produced in response to requests for production, and responses to requests for admission.

<u>REMEDY IN EVENT OF BREACH</u>

In the event of breach of this Agreement and where the Parties cannot resolve a dispute without court intervention, either Party may file and serve a motion to enjoin or restrain the breaching Party from publishing the evidence in question. Failure to comply with this Agreement may expose the breaching party to sanctions. The obligations imposed by this agreement shall remain in effect until resolution of this Plaintiffs' claims against Defendant Dodge, or until the Parties agree otherwise in writing or the Court orders otherwise.

IT IS SO ORDERED.

DATED this 31st day of July 2017.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE