THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGRETTY RABANG, *et al.*, | CASE NO. C17-0088-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ROBERT KELLY, JR., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court ORDERS all parties to provide briefing in response to the Memorandum of Agreement (MOA) entered into on August 25, 2017, by Robert Kelly, Chairman of the Nooksack Indian Tribal Council, and Michael Black, the Acting Assistant Secretary – Indian Affairs, Department of the Interior.[1] The Court ORDERS the parties to address the following issues:

1. The effect of the MOA, if any, on the Court's continued jurisdiction over this lawsuit.
2. The effect of the MOA, if any, on Defendant Dodge's pending motion for summary judgment (Dkt. No. 66).

---

[1] A signed copy of the MOA can be accessed at:
https://www.indianz.com/News/2017/09/07/nooksack082517.pdf

3. The effect of the MOA, if any, on Plaintiffs' pending motion to compel discovery (Dkt. No. 95).

4. The effect of the MOA, if any, on Defendants' motion to quash subpoena (Dkt. No. 98).

The parties shall each file a brief addressing the above issues. The brief shall be no longer than 10 double-spaced pages. The briefs shall be filed by October 6, 2017. In light of this amended briefing schedule, the Court DIRECTS the Clerk to RENOTE the following motions accordingly:

| Motion | New Noting Date |
|---|---|
| Plaintiffs' Motion to Compel (Dkt. No. 95) | October 6, 2017 |
| Defendants' Motion to Quash Subpoena (Dkt. No. 98) | October 6, 2017 |
| Defendant Dodge's Motion for Summary Judgment (Dkt. No. 66). | November 27, 2017 |

It is further ORDERED, that Plaintiffs' brief in opposition to Defendant Dodge's motion for summary judgment is due by November 20, 2017. Defendant Dodge's reply is due by November 27, 2017.

DATED this 19th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
