THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARGRETTY RABANG, *et al.*, | CASE NO. C17-0088-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ROBERT KELLY, JR., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 155). The Court had previously stayed all proceedings in this case pending the Ninth Circuit Court of Appeals' decision on Defendants' interlocutory appeal. (Dkt. No. 153.) The Court of Appeals has since granted Defendants' voluntary dismissal of that appeal. (Dkt. Nos. 154, 155.) The appeal having been resolved, this Court once again has jurisdiction over all claims and parties in this case and LIFTS the stay of proceedings.

On March 9, 2018, the Department of Interior ("DOI"), through its Principal Deputy Assistant Secretary of Indian Affairs, issued a letter that recognized the Nooksack Tribal Council as currently comprised. (Dkt. No. 145-1 at 2.) As far as the Court is aware, DOI continues to recognize the Nooksack Tribal Council.

In light of the DOI's recognition decision, and pursuant to the Court's prior orders (Dkt. Nos. 62, 130), Plaintiffs are ORDERED to show cause why their claims should not be dismissed for lack of subject matter jurisdiction. Plaintiffs shall file a brief that is no longer than 20 double-spaced pages, no later than Friday, June 29, 2018. Defendants shall file a response that is no longer than 15 double-spaced pages, no later than Friday, July 13, 2018.

DATED this 7th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk