UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARGRETTY RABANG; et al.,

        Plaintiffs - Appellants,

v.

ROBERT KELLY, Jr.; et al.,

        Defendants - Appellees.

No. 18-35711

D.C. No. 2:17-cv-00088-JCC
U.S. District Court for Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered May 04, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: David J. Vignol
        Deputy Clerk
        Ninth Circuit Rule 27-7